UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,          )<br>                              )<br>    vs.                       )<br>                              )<br>                              )<br>JAMAAL WILLIAMS,              )<br>                              )<br>            Defendant.        ) | 8:08CR468<br><br>**FINAL ORDER OF FORFEITURE** |

NOW ON THIS 22nd day of June, 2010, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On March 17, 2009, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(d) and Title 28, United States Code, Section 2461(c) based upon the Defendant's plea of guilty to Counts I and II of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in a 9mm semi-automatic Glock pistol, Model 17, serial number CUH797 is forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, [www.forfeiture.gov](www.forfeiture.gov) for at least thirty consecutive days, beginning on March 26, 2010, as required by Rule G(4)(a)(iii)(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on June 18, 2010 (Filing No. 62).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A.  The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B.   All right, title and interest in and to the 9mm semi-automatic Glock pistol, Model 17, serial number CUH797 held by any person or entity, is hereby forever barred and foreclosed.

C.  The 9mm semi-automatic Glock pistol, Model 17, serial number CUH797, be, and the same hereby is, forfeited to the United States of America .

D.  The United States Bureau of Alcohol, Tobacco, Firearms, and Explosives for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 22nd day of June, 2010.

**BY THE COURT:**

s/ Joseph F. Bataillon
**Chief District Court**