IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>JAMAAL T. WILLIAMS,<br><br>          Defendant. | **8:08CR468**<br><br>**ORDER** |

This matter is before the court on the defendant's letter/motion for copies of his sentencing transcripts, the docket sheet and plea agreement. Filing No. 95. At this time, the defendant has no motions or cases pending before this court. Accordingly, the court will deny the motion. Defendant is, of course, free to request copies of these filings and to pay the costs of the same, by contacting the court reporter assigned to the hearing. To reach the court reporter, call the Clerk's Office (402-661-7350) and ask to be transferred to that reporter.

THEREFORE, IT IS ORDERED that the defendant's letter/motion for copies, Filing No. 95, is denied.

Dated this 14th day of February, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge